FILED

10/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0228

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0228

PETER GRIGG,

    Plaintiff and Appellant,

v.

CABINET PEAKS MEDICAL CENTER,

    Respondent and Appellee.

FILED

OCT 2 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a motion for extension time to file his reply brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant's reply brief shall be filed on or before December 1, 2021.

No further extensions will be granted.

DATED this 25th day of October, 2021.

For the Court,

_____
Chief Justice